IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHESTER CLYDE McKINLEY, #281055, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>RUBY CARTER, *et al.*, )<br>)<br>  Defendants. ) | CASE NO. 2:14-cv-301-MEF<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #26) to the Recommendation of the Magistrate Judge filed on June 19, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #14) entered on May 15, 2014 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 23rd day of June, 2014.

                                           /s/ Mark E. Fuller
                                  UNITED STATES DISTRICT JUDGE