IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHESTER CLYDE McKINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-301-WHA |
| ) | |
| RUBY CARTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #55) entered on October 6, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court regarding the proper prosecution of this case.

Final Judgment will be entered in accordance with this order.

DONE this 27th day of October, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE